UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LUINA, et al.,

        Plaintiffs,

-against-

L3 FUNDING LLC, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/19

18-CV-11208 (BCM)

**ORDER**

## BARBARA MOSES, United States Magistrate Judge.

The parties' deadline to file a copy of their settlement agreement and related papers as set forth in this Court's Order dated October 30, 2019 (Oct. 30 Order) (Dkt. No. 56) was November 15, 2019. The parties neither filed the required papers nor requested an extension of time to do so.

It is therefore ORDERED that the parties shall file the submissions required by the Oct. 30 Order no later than **November 22, 2019**. The parties are advised that a second unexcused and unexplained failure to comply with a Court-ordered deadline may result in sanctions.

Dated: New York, New York
      November 18, 2019

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**